Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

Howard T. Longman
TSVI@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York,  NY 10017
Tel:     (212) 687-7230
Fax:    (212) 490-2022

Gary S. Graifman
ggraifman@kgglaw.com
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel:     (845) 356-2570
Fax:    (845) 356-4335

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>APPLE, INC., STEVEN P. JOBS, FRED ANDERSON, NANCY HEINEN, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, and JEROME P. YORK,<br><br>           Defendants. | CASE NO. C08-03123 JF<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE VIA FACSIMILE AND U.S. MAIL** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

    I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

    On July 17, 2008, I served the document(s) described as **STIPULATION AND [PROPOSED] ORDER STAYING ACTION** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

<u>xx</u>    BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 209-2087 to the facsimile machine telephone number(s) listed on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

<u>xx</u>    BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on July 17, 2008, at Los Angeles, California 90024.

<u>MELANIE JACOBS</u>                  <u>/s/ Melanie Jacobs</u>
Type or Print Name                           Signature

1

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| George A. Riley | Jerome C. Roth |
| Luann L. Simmons | Yohance C. Edwards |
| Robert D. Tronnes | Genevieve A. Cox |
| O'MELVENY & MYERS LLP | MUNGER, TOLLES & OLSON LLP |
| Embarcadero Center West | 560 Mission Street |
| 275 Battery Street | 27th Floor |
| San Francisco, CA  94111 | San Francisco, CA 94105 |
| Tel:     (415) 984-8700 | Tel:     (415) 512-4000 |
| Fax:    (415) 984-8701 | Fax:    (415) 512-4077 |
| **Attorneys for Defendant Apple Inc.** | **Attorneys for Defendant Fred D. Anderson** |
| Douglas R. Young | Sarah A. Good |
| C. Brandon Wisoff | Jin H. Kim |
| Grace K. Won | Jason M. Habermeyer |
| Stephanie Skaff | HOWARD RICE NEMEROVSKI CANADY |
| Sebastian A. Jerez | FALK & RABKIN |
| FARELLA, BRAUN + MARTEL LLP | Three Embarcadero Center |
| 235 Montgomery Street | Seventh Floor |
| 17th Floor | San Francisco, CA 94111 |
| San Francisco, CA 94104 | Tel:     (415) 434-1600 |
| Tel:     (415) 954-4400 | Fax:    (415) 217-5910 |
| Fax:    (415) 954-4480 | |
| | **Attorneys for Defendant Nancy R. Heinen** |
| **Attorneys for Defendants Steven Jobs,** | |
| **William V. Campbell, Millard S. Drexler,** | |
| **Arthur D. Levinson, and Jerome P. York** | |

2

**PROOF OF SERVICE VIA FACSIMILE AND U.S. MAIL**
**CASE NO. C08-03123 JF**                                                                                    Z:\STULL\APPLE4\PLD\Service List.wpd