1   Patrice L. Bishop (182256)
    service@ssbla.com
2   STULL, STULL & BRODY                    **E-Filed 9/3/2009**
    10940 Wilshire Boulevard
3   Suite 2300
    Los Angeles, CA  90024
4   Tel:    (310) 209-2468
    Fax:    (310) 209-2087
5
    Howard T. Longman
6   TSVI@aol.com
    STULL, STULL & BRODY
7   6 East 45th Street
    New York, NY 10017
8   Tel:    (212) 687-7230
    Fax:    (212) 490-2022
9
    Gary S. Graifman
10  ggraifman@kgglaw.com
    KANTROWITZ, GOLDHAMER & GRAIFMAN
11  747 Chestnut Ridge Road
    Chestnut Ridge, New York 10977
12  Tel:    (845) 356-2570
    Fax:    (845) 356-4335
13
    Attorneys for Plaintiffs
14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17                    **SAN JOSE DIVISION**

18

19  MARTIN VOGEL and KENNETH              CASE NO.:  C08-03123-JF
    MAHONEY, on Behalf of Themselves
20  and All Others Similarly Situated,    **CLASS ACTION**

21                      Plaintiffs,       **STIPULATION AND [PROPOSED]**
                                          **ORDER CONTINUING CASE**
22          v.                            **MANAGEMENT CONFERENCE**

23  APPLE, INC., STEVEN P. JOBS, FRED     **Date:   September 4, 2009**
    ANDERSON, NANCY HEINEN, WILLIAM V.    **Time:   10:30 a.m.**
24  CAMPBELL, MILLARD S. DREXLER,         **Judge:  Hon. Jeremy Fogel**
    ARTHUR D. LEVINSON, and JEROME P.     **Dept:   Ctrm. 3, 5th Floor**
25  YORK,

26                      Defendants.

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC, CASE NO.: 08-cv-03123-JF

1        Plaintiffs Martin Vogel and Kenneth Mahoney ("Plaintiffs") and Defendants Apple

2   Inc. ("Apple"), Fred D. Anderson, Steven P. Jobs, William V. Campbell, Millard S.

3   Drexler, Arthur D. Levinson, and Jerome B. York (collectively, the "Defendants") hereby

4   stipulate as follows:

5        WHEREAS, on August 24, 2006, Plaintiffs filed a class action complaint before this

6   Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the

7   "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a).  That action was

8   entitled *Martin Vogel and Kenneth Mahoney v. Steven Jobs, et al.*, Case No. 5:06-cv-05208-JF

9   (N.D. Cal.) (the "Apple Backdating Action No. 1"), and concerning alleged practice of issuing

10  backdating stock options;

11       WHEREAS, on October 24, 2006, New York City Employees' Retirement System

12  ("NYCERS") moved for their appointment as Lead Plaintiff of the Apple Backdating Action No.

13  1 pursuant to 15 U.S.C. § 78u-4;

14       WHEREAS, on January 19, 2007, this Court appointed NYCERS as Lead Plaintiff of that

15  litigation;

16       WHEREAS, on March 23, 2007, NYCERS filed, as Lead Plaintiff, its Consolidated

17  Complaint and asserted claims under §§ 14(a) and 20(a) of the Exchange Act and the common

18  law duty of disclosure.  The Consolidated Complaint did not assert any claims for Defendants'

19  alleged violations of §10(b) of the Exchange Act;

20       WHEREAS, on November 14, 2007, this Court granted Defendants' motion to dismiss the

21  Consolidated Complaint on the ground, *inter alia*, that NYCERS failed to plead standing to bring

22  a direct claim ("Dismissal Order");

23       WHEREAS, this Court granted NYCERS leave to amend its complaint but held that

24  NYCERS could only amend for the purpose of attempting to plead a derivative claim, not a direct

25  class action claim;

26       WHEREAS, on December 14, 2007, NYCERS filed a motion for leave to file a First

27  Amended Consolidated Class Action Complaint that contained direct class action claims for

28  alleged violations of § 10(b) of the Exchange Act;

1      WHEREAS, on May 14, 2008, this Court denied NYCERS's motion for leave to file an
2  amended complaint ("Denial Order");

3      WHEREAS, on June 12, 2008, this Court entered Judgment for defendants ("Judgment");

4      WHEREAS, on June 17, 2008, NYCERS filed its Notice of Appeal of the Dismissal
5  Order, the Denial Order and subsequent Judgment ("NYCERS's Appeal");

6      WHEREAS, Plaintiffs filed this action ("Apple Backdating Action No. 2") on June 27,
7  2008, alleging that Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 thereunder
8  and § 20(a) of the Exchange Act by, *inter alia*, issuing backdated stock options to themselves and
9  other Apple employees;

10      WHEREAS, Plaintiffs and Defendants agreed that if this litigation were to go forward
11  prior to resolution of NYCERS's appeal(s) of the Apple Backdating Action No. 1, there was a
12  risk of duplicative litigation regarding Defendants' alleged backdating and alleged violations of
13  the Exchange Act, and that this risk could result in a waste of judicial resources;

14      WHEREAS, pursuant to the parties' stipulation, on July 22, 2008, this Court entered an
15  Order staying this action pending the resolution of NYCERS's Appeal;

16      WHEREAS, on March 10, 2009, this Court continued the Case Management Conference
17  set for March 6, 2009, to September 4, 2009, at 10:30 a.m.;

18      WHEREAS, the NYCERS's Appeal has been fully briefed and oral argument is currently
19  scheduled before the Ninth Circuit on October 7, 2009;

20      WHEREAS, Plaintiffs and Defendants agree that it would be premature and a waste of
21  judicial resources to hold the status conference prior to oral argument and the Ninth Circuit's
22  ruling on the NYCERS's Appeal;

23  //
24  //
25  //
26  //
27  //
28  //

1      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

2      The Case Management Conference should be continued, if this Court is so

3   amenable, for at least 120 days from Friday, September 4, 2009, to Friday, January 8, 2010,

4   or a later date as ordered by the Court.

5      IT IS SO STIPULATED.

6   Dated:  September 2, 2009          Patrice L. Bishop
                                       STULL, STULL & BRODY
7

8                                      By: /s/ Patrice L. Bishop
                                          Patrice L. Bishop
9                                         10940 Wilshire Boulevard
                                          Suite 2300
10                                        Los Angeles, CA  90024
                                          Tel:    (310) 209-2468
11                                        Fax:    (310) 209-2087

12                                        Howard T. Longman
                                          STULL, STULL & BRODY
13                                        6 East 45th Street
                                          New York, NY 10017
14                                        Tel:    (212) 687-7230
                                          Fax:    (212) 490-2022
15
                                          Gary S. Graifman
16                                        KANTROWITZ, GOLDHAMER & GRAIFMAN
                                          747 Chestnut Ridge Road
17                                        Chestnut Ridge, New York 10977
                                          Tel:    (845) 356-2570
18                                        Fax:    (845) 356-4335

19                                        Attorneys for Plaintiffs

20

21  Dated:  September 2, 2009          George A. Riley
                                       Luann L. Simmons
22                                     Robert D. Tronnes
                                       O'MELVENY & MYERS LLP
23

24                                     By:  /s/ Robert D. Tronnes
                                          Robert D. Tronnes
25                                        Two Embarcadero Center, 28th Floor
                                          San Francisco, CA  94111
26                                        Tel:    (415) 984-8700
                                          Fax:    (415) 984-8701
27
                                          Attorneys for Defendant Apple Inc.
28

**STIPULATION AND [PROPOSED] ORDER**
**CONTINUING CMC, CASE NO.: 08-cv-03123-JF**          - 3 -

1  Dated:  September 2, 2009 | Douglas R. Young
2  | C. Brandon Wisoff
   | Grace K. Won
   | Stephanie Skaff
3  | Sebastian A. Jerez
   | FARELLA, BRAUN + MARTEL LLP
4

5  | By:  /s/ Douglas R. Young
   | Douglas R. Young
6  | 235 Montgomery Street
   | 17th Floor
7  | San Francisco, CA 94104
   | Tel:    (415) 954-4400
8  | Fax:    (415) 954-4480

9  | Attorneys for Defendants Steven Jobs, William V.
   | Campbell, Millard S. Drexler, Arthur D. Levinson,
10 | and Jerome P. York

11 Dated:  September 2, 2009 | Jerome C. Roth
   | Yohance C. Edwards
12 | Genevieve A. Cox
   | MUNGER, TOLLES & OLSON LLP
13

14

15 | By:  /s/ Yohance C. Edwards
   | Yohance C. Edwards
16 | 560 Mission Street
   | 27th Floor
17 | San Francisco, CA 94105
   | Tel:    (415) 512-4000
18 | Fax:    (415) 512-4077

19 | Attorneys for Defendant Fred D. Anderson

20

21         I, Robert D. Tronnes, am the ECF User whose ID and password are being used to file this

22  Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with

23  General Order 45, X.B., I hereby attest that Patrice L. Bishop, Douglas R. Young, and Yohance

24  C. Edwards have concurred in this filing.

25                                          By:     /s/ Robert D. Tronnes
                                                       Robert D. Tronnes
26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC, CASE NO.: 08-cv-03123-JF        - 4 -

1

**[~~PROPOSED~~] ORDER**

2        Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY

3  ORDERED THAT:

4        The Case Management Conference scheduled for Friday, September 4, 2009, at

5  10:30 a.m. is hereby continued to Friday, January 8, 2010. at 10:30 a.m.

6

7  Dated: _____9/3/2009_____        _____

8                                          Honorable Jeremy Fogel
                                           United States District Court Judge

9

10  MP1:1182681.3

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28