Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Howard T. Longman
TSVI@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Gary S. Graifman
ggraifman@kgglaw.com
KANTROWITZ, GOLDHAMER & GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Fax: (845) 356-4335

Attorneys for Plaintiffs

**E-Filed 1/6/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., STEVEN P. JOBS, FRED ANDERSON, NANCY HEINEN, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, and JEROME P. YORK, <br><br> Defendants. | CASE NO.: C08-03123-JF <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: January 8, 2010 <br> Time: 10:30 a.m. <br> Judge: Hon. Jeremy Fogel <br> Dept: Ctrm. 3, 5th Floor |

**STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC, CASE NO.: 08-cv-03123-JF**

| | |
|---|---|
| 1 | Plaintiffs Martin Vogel and Kenneth Mahoney ("Plaintiffs") and Defendants Apple |
| 2 | Inc. ("Apple"), Fred D. Anderson, Nancy R. Heinen, Steven P. Jobs, William V. Campbell, |
| 3 | Millard S. Drexler, Arthur D. Levinson, and Jerome B. York (collectively, the |
| 4 | "Defendants") hereby stipulate as follows: |
| 5 | WHEREAS, on August 24, 2006, Plaintiffs filed a class action complaint before this |
| 6 | Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the |
| 7 | "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a). That action was |
| 8 | entitled *Martin Vogel and Kenneth Mahoney v. Steven Jobs, et al.*, Case No. 5:06-cv-05208-JF |
| 9 | (N.D. Cal.) (the "Apple Backdating Action No. 1"), and concerning alleged practice of issuing |
| 10 | backdating stock options; |
| 11 | WHEREAS, on October 24, 2006, New York City Employees' Retirement System |
| 12 | ("NYCERS") moved for their appointment as Lead Plaintiff of the Apple Backdating Action No. |
| 13 | 1 pursuant to 15 U.S.C. § 78u-4; |
| 14 | WHEREAS, on January 19, 2007, this Court appointed NYCERS as Lead Plaintiff of that |
| 15 | litigation; |
| 16 | WHEREAS, on March 23, 2007, NYCERS filed, as Lead Plaintiff, its Consolidated |
| 17 | Complaint and asserted claims under §§ 14(a) and 20(a) of the Exchange Act and the common |
| 18 | law duty of disclosure. The Consolidated Complaint did not assert any claims for Defendants' |
| 19 | alleged violations of §10(b) of the Exchange Act; |
| 20 | WHEREAS, on November 14, 2007, this Court granted Defendants' motion to dismiss the |
| 21 | Consolidated Complaint on the ground, *inter alia*, that NYCERS failed to plead standing to bring |
| 22 | a direct claim ("Dismissal Order"); |
| 23 | WHEREAS, this Court granted NYCERS leave to amend its complaint but held that |
| 24 | NYCERS could only amend for the purpose of attempting to plead a derivative claim, not a direct |
| 25 | class action claim; |
| 26 | WHEREAS, on December 14, 2007, NYCERS filed a motion for leave to file a First |
| 27 | Amended Consolidated Class Action Complaint that contained direct class action claims for |
| 28 | alleged violations of § 10(b) of the Exchange Act; |

| | |
|---|---|
| 1 | WHEREAS, on May 14, 2008, this Court denied NYCERS's motion for leave to file an |
| 2 | amended complaint ("Denial Order"); |
| 3 | WHEREAS, on June 12, 2008, this Court entered Judgment for defendants ("Judgment"); |
| 4 | WHEREAS, on June 17, 2008, NYCERS filed its Notice of Appeal of the Dismissal |
| 5 | Order, the Denial Order and subsequent Judgment ("NYCERS's Appeal"); |
| 6 | WHEREAS, Plaintiffs filed this action ("Apple Backdating Action No. 2") on June 27, |
| 7 | 2008, alleging that Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 thereunder |
| 8 | and § 20(a) of the Exchange Act by, *inter alia*, issuing backdated stock options to themselves and |
| 9 | other Apple employees; |
| 10 | WHEREAS, Plaintiffs and Defendants agreed that if this litigation were to go forward |
| 11 | prior to resolution of NYCERS's appeal(s) of the Apple Backdating Action No. 1, there was a |
| 12 | risk of duplicative litigation regarding Defendants' alleged backdating and alleged violations of |
| 13 | the Exchange Act, and that this risk could result in a waste of judicial resources; |
| 14 | WHEREAS, pursuant to the parties' stipulation, on July 22, 2008, this Court entered an |
| 15 | Order staying this action pending the resolution of NYCERS's Appeal; |
| 16 | WHEREAS, on March 10, 2009, this Court continued the Case Management Conference |
| 17 | set for March 6, 2009, to September 4, 2009, at 10:30 a.m.; |
| 18 | WHEREAS, on September 3, 2009, this Court continued the Case Management |
| 19 | Conference set for September 4, 2009, to January 8, 2010, at 10:30 a.m.; |
| 20 | WHEREAS, the Ninth Circuit heard oral argument in NYCERS's Appeal on October 7, |
| 21 | 2009, and took the matter under submission; |
| 22 | WHEREAS, the Ninth Circuit has not yet issued a ruling on NYCERS's Appeal; |
| 23 | WHEREAS, Plaintiffs and Defendants agree that it would be premature and a waste of |
| 24 | judicial resources to hold the status conference prior to the Ninth Circuit's ruling on NYCERS's |
| 25 | Appeal; |
| 26 | // |
| 27 | // |
| 28 | // |

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC, CASE NO.: 08-cv-03123-JF** - 2 -

1 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

2 |     1.    The Case Management Conference should be continued, if this Court is so amenable, for approximately 90 days from Friday, January 8, 2010, to Friday, April 9, 2010, or a later date as ordered by the Court.

    2.    Plaintiffs and Defendants promptly shall notify this Court after the Ninth Circuit issues a ruling on NYCERS's Appeal.

    IT IS SO STIPULATED.

Dated:  December 29, 2009

Patrice L. Bishop
STULL, STULL & BRODY

By: /s/ Patrice L. Bishop
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Gary S. Graifman
KANTROWITZ, GOLDHAMER & GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel:   (845) 356-2570
Fax:   (845) 356-4335

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: December 29, 2009 | George A. Riley |
| 2 | | Luann L. Simmons |
| | | Robert D. Tronnes |
| 3 | | O'MELVENY & MYERS LLP |

By: /s/ Robert D. Tronnes
Robert D. Tronnes
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Attorneys for Defendant Apple Inc.

Dated: December 29, 2009

Douglas R. Young
C. Brandon Wisoff
Grace K. Won
Stephanie Skaff
Sebastian A. Jerez
FARELLA, BRAUN + MARTEL LLP

By: /s/ Douglas R. Young
Douglas R. Young
235 Montgomery Street
17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480

Attorneys for Defendants Steven Jobs, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome P. York

Dated: December 29, 2009

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP

By: /s/ Yohance C. Edwards
Yohance C. Edwards
560 Mission Street
27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Fax: (415) 512-4077

Attorneys for Defendant Fred D. Anderson

| | | |
|---|---|---|
| 1 | Dated: December 29, 2009 | Sarah A. Good<br>Jin H. Kim<br>HOWARD RICE NEMEROVSKI CANADY FALK<br>& RABKIN PC |

By: /s/ Sarah A. Good
Sarah A. Good
Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111
Tel: (415) 434-1600
Fax: (415) 677-6262

Attorneys for Defendant Nancy R. Heinen

I, Robert D. Tronnes, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Patrice L. Bishop, Douglas R. Young, Yohance C. Edwards, and Sarah A. Good have concurred in this filing.

By: /s/ Robert D. Tronnes
Robert D. Tronnes

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference scheduled for Friday, January 8, 2010, at 10:30 a.m. is hereby continued to Friday, April 9, 2010, at 10:30 a.m.

2. Plaintiffs and Defendants promptly shall notify this Court after the Ninth Circuit issues a ruling on NYCERS's Appeal.

Dated: 1/4/2010

_____
Honorable Jeremy Fogel
United States District Court Judge

MP1:1187463.1