JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:   (302) 622-7100
E-Mail:      jeisenhofer@gelaw.com
             mbarry@gelaw.com

Attorneys for Plaintiffs

GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com

Attorneys for Defendant
APPLE INC.

(additional counsel listed on signature page)

**E-Filed 4/8/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC.,<br><br>Defendants.<br><br>(caption continued on following page) | Case No. C06-05208-JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING AND RELATED MATTERS**<br><br>Department: Ctrm 3, 5th Floor<br>Judge:       Honorable Jeremy Fogel |

| | | |
|---|---|---|
| 1 | MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated, | Case No. C08-03123-JF |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | APPLE, INC., STEVEN P. JOBS, FRED ANDERSON, NANCY HEINEN, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, and JEROME P. YORK | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |

1  WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action complaint in this Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a). That action is styled as *Martin Vogel and Kenneth Mahoney v. Steven Jobs, et al.*, Case No. 5:06-cv-05208-JF (N.D. Cal.) ("*Vogel I*");

WHEREAS, on January 19, 2007, this Court appointed the New York City Employees' Retirement System ("NYCERS") as Lead Plaintiff in *Vogel I* and Grant & Eisenhofer P.A. as Lead Counsel in *Vogel I*;

WHEREAS, on March 23, 2007, NYCERS filed, as Lead Plaintiff, the Consolidated Complaint and asserted claims under §§ 14(a) and 20(a) of the Exchange Act and for the alleged breach of the common law duty of disclosure. The Consolidated Complaint did not assert any claims for alleged violations of §10(b) of the Exchange Act or Rule 10b-5 thereunder;

WHEREAS, on November 14, 2007, this Court granted the defendants' motion to dismiss the Consolidated Complaint ("Dismissal Order");

WHEREAS, on December 14, 2007, NYCERS filed a motion for leave to file a First Amended Consolidated Class Action Complaint to assert claims for alleged violations of § 10(b) of the Exchange Act and Rule 10b-5 thereunder;

WHEREAS, on May 14, 2008, this Court denied NYCERS's motion for leave to file a First Amended Consolidated Class Action Complaint ("Denial Order");

WHEREAS, on June 12, 2008, this Court entered Judgment for the defendants ("Judgment");

WHEREAS, on June 17, 2008, NYCERS filed its Notice of Appeal of the Dismissal Order, the Denial Order, and the Judgment ("NYCERS's Appeal");

WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action complaint in this Court alleging that certain defendants violated the Exchange Act, including § 10(b) and Rule 10b-5 thereunder, and § 20(a). That action is styled *Martin Vogel and Kenneth Mahoney v. Apple Inc., et al.*, Case No. 5:08-cv-03123-JF (N.D. Cal.) ("*Vogel II*");

1  WHEREAS, pursuant to the parties' stipulation, on July 22, 2008, this Court entered an
2  Order staying *Vogel II* pending resolution of NYCERS's Appeal;

3  WHEREAS, on January 28, 2010, the Ninth Circuit Court of Appeals issued a ruling in
4  NYCERS's Appeal affirming the Dismissal Order and reversing the Denial Order;

5  WHEREAS, on February 19, 2010, the Ninth Circuit issued a mandate in NYCERS's
6  Appeal;

7  WHEREAS, on March 22, 2010, NYCERS filed a First Amended Consolidated Class
8  Action Complaint in *Vogel I* captioned *In Re Apple Inc. PSLRA Backdating Litigation* ("First
9  Amended Complaint");

10  WHEREAS, the Court has scheduled a Case Management Conference in *Vogel I* on April
11  30, 2010, at 10:30 a.m.;

12  WHEREAS, the Court has scheduled a Case Management Conference in *Vogel II* on April
13  9, 2010, at 10:30 a.m.;

14  WHEREAS, the parties believe that *Vogel I* and *Vogel II* concern substantially the same
15  parties, transactions or events and involve common questions of law or fact, and should be
16  deemed related pursuant to Civil Local Rule 3-12 and consolidated pursuant to Rule 42 of the
17  Federal Rules of Civil Procedure to avoid unnecessary cost or delay;

18  NOW, THEREFORE, THE PARTIES STIPULATE, AND THE COURT HEREBY
19  ORDERS, THAT:

20  1.   *Vogel I* and *Vogel II* shall be deemed related pursuant to Civil Local Rule 3-
21  12 and *Vogel II* shall be consolidated with *Vogel I* pursuant to Rule 42 of the Federal Rules
22  of Civil Procedure and 15 U.S.C. § 78u-4(a)(3)(B).  NYCERS shall be Lead Plaintiff and
23  Grant & Eisenhofer P.A. shall be Lead Counsel with respect to the consolidated action.

24  2.   The docket in *Vogel I* (Case No. 5:06-cv-05208-JF) shall constitute the Master
25  Docket for this proceeding.

26  //
27  //
28  //

- 2 -   STIPULATION & [PROPOSED] ORDER
C06-05208-JF

1      3.    Every pleading in this proceeding shall bear the following caption:

2      UNITED STATES DISTRICT COURT

3      NORTHERN DISTRICT OF CALIFORNIA

4      SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Case No. C06-05208-JF <br> <u>CLASS ACTION</u> |
|---|---|---|
| THIS DOCUMENT RELATES TO: | | |

9    4.    When a pleading is intended to be applicable to all actions to which this Order is applicable, the phrase "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable only to some, but not all, of such actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in any such action.

5.    The Case Management Conference set for April 9, 2010, at 10:30 a.m. in *Vogel II* shall be vacated.

6.    The Case Management Conference set for April 30, 2010, at 10:30 a.m. in *Vogel I* shall remain on calendar.

7.    The First Amended Complaint filed in *Vogel I* shall be the operative complaint for the consolidated action.  Plaintiffs shall re-file the First Amended Complaint with a corrected caption page to reflect the caption for the consolidated action.  This consolidation does not affect any separate right or defense asserted in any of the consolidated actions.

8.    Defendants shall file their responses to the First Amended Complaint by June 25, 2010.

9.    In the event that Defendants respond to the First Amended Complaint by filing motions, the briefing and hearing schedule for Defendants' motions will be:

- 3 -    STIPULATION & [PROPOSED] ORDER
C06-05208-JF

| | | |
|---|---|---|
| 1 | Plaintiffs' Oppositions Due: | July 27, 2010 |
| 2 | Defendants' Replies Due: | August 17, 2010 |
| 3 | Hearing: | To be set by the Court. |

4  10. Defendants shall not be required to file any responsive pleading to the
5  pending complaint in *Vogel II*.

6  IT IS SO STIPULATED.

7  Dated: April 7, 2010                    GEORGE A. RILEY
                                            O'MELVENY & MYERS LLP
8

9                                           By:        /s/ George A. Riley
                                                         George A. Riley
10

11                                          Attorneys for Defendant
                                            APPLE INC.
12

13  Dated: April 7, 2010                    DOUGLAS R. YOUNG (S.B. #73248)
                                            FARELLA BRAUN & MARTEL LLP
14                                          Russ Building
                                            235 Montgomery Street, 17th floor
15                                          San Francisco, CA 94104
                                            Telephone:    (415) 954-4400
16                                          Facsimile:    (415) 954-4480
                                            E-Mail:       dyoung@fbm.com
17

18                                          By:        /s/ Douglas R. Young
                                                         Douglas R. Young
19

20                                          Attorneys for Defendants
                                            STEVEN P. JOBS, WILLIAM V.
21                                          CAMPBELL, MILLARD S. DREXLER,
                                            ARTHUR D. LEVINSON and JEROME B.
                                            YORK

| | | |
|---|---|---|
| 1 | Dated: April 7, 2010 | JEROME C. ROTH (S.B. #159483) |
| 2 | | YOHANCE C. EDWARDS (S.B. #237244) |
| | | MUNGER, TOLLES & OLSON LLP |
| 3 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105 |
| 4 | | Telephone:   (415) 512-4000 |
| | | Facsimile:    (415) 512-4077 |
| 5 | | E-Mail:         Jerome.Roth@mto.com |
| | | Yohance.Edwards@mto.com |

By:          /s/ Yohance C. Edwards
                  Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

Dated: April 7, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:    (302) 622-7100
E-Mail:         jeisenhofer@gelaw.com
                    mbarry@gelaw.com

By:          /s/ Michael J. Barry
                  Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:    (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

| | |
|---|---|
| Dated: April 7, 2010 | PATRICE L. BISHOP (S.B. #182256)<br>STULL, STULL & BRODY<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, California 90024<br>Telephone:   (310) 209-2468<br>Facsimile:   (310) 209-2087<br>E-Mail:        service@ssbla.com<br><br>By:         /s/ Patrice L. Bishop<br>              Patrice L. Bishop<br><br>Howard T. Longman<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Telephone:   (212) 687-7230<br>Facsimile:   (212) 490-2022<br><br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER & GRAIFMAN<br>747 Chestnut Ridge Road<br>Chestnut Ridge, New York 10977<br>Telephone:   (845) 356-2570<br>Facsimile:   (845) 356-4335<br><br>Attorneys for Plaintiffs<br>MARTIN VOGEL and KENNETH MAHONEY |

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling and Related Matters. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards, Michael J. Barry, and Patrice L. Bishop have concurred in this filing.

By:   /s/ George A. Riley
         George A. Riley

### **O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: April  8 , 2010

_____
The Honorable Jeremy Vogel
United States District Judge

MP1:1191444.3

- 6 -                           STIPULATION & [PROPOSED] ORDER
                                               C06-05208-JF